Action by Annie Zimmerman against Adam Zimmerman. L. Wendel, Jr., for appellant. F. I. Tierney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

———

ZINSSER et al., Respondents, v. KOCH et al., Appellants. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by August Zinsser and others against Reinhart G. Koch and others. A. C. Cass, for appellants. H. E. Lippincott, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

———

ZINSSER et al., Respondents, v. KOCH et al., Appellants. (Supreme Court, Appellate Division, First Department. April 12, 1912.)

Action by August Zinsser and others against Reinhart G. Koch and others. A. C. Cass, for appellants. H. E. Lippincott, for respondents. No opinion. Order affirmed, without costs. Order filed.

———

ZINSSER et al. v. KOCH et al. (two cases). (Supreme Court, Appellate Division, First Department. April 12, 1912.) Actions by August Zinsser and others against Reinhart G. Koch and others. No opinions. Motions to dismiss appeal denied. Orders filed.

———

In re NEW YORK TAXICAB CO. (Supreme Court, Appellate Division, First Department. January, 1912.) In the matter of the New York Taxicab Company. See memorandum per curiam. See, also, 134 N. Y. Supp. 801.

END OF CASES IN VOL. 134

*